UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JI PING WANG,

                    Petitioner,                    22-cv-2746 (PKC)

      -against-                                     ORDER

ALEJANDRO MAYORKAS, in his official
capacity as Secretary of the U.S. Department of
Homeland, ET AL.,

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Initial Pretrial Conference scheduled for June 10, 2022 is adjourned without date. Petitioner shall advise the court promptly after the respondents have been served.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
          June 9, 2022